## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF OHIO
## WESTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA,<br><br>Plaintiff,<br>v.<br><br>JAWUAN D. THOMAS,<br>TEDRICK D. PERRY, JR., and<br>JACORY R. FORD,<br><br>Defendants. | CASE NO. **1:25CR 029**<br><br>JUDGE **J. BARRETT**<br><br>**INDICTMENT**<br>18 U. S. C. § 2<br>18 U. S. C. § 2113(a)<br><br>**Notice of Forfeiture** |

**THE GRAND JURY CHARGES:**

### COUNT 1
### (Bank Robbery)

On or about September 9, 2024, in the Southern District of Ohio, the defendants, **JAWUAN D. THOMAS, TEDRICK D. PERRY, JR., and JACORY R. FORD**, did by force, violence and intimidation, take from the person and presence of another, approximately $205,080.00 in money belonging to and in the care, custody, control, management and possession of the Bank of America, 8503 Winton Rd., Cincinnati, Ohio, the deposits of which were then insured by the Federal Deposit Insurance Corporation.

**In violation of 18 U.S.C.§ § 2113 (a) and 2.**

### FORFEITURE ALLEGATION 1

Upon conviction of the offense set forth in Count 1 of this Indictment, the defendants, **JAWUAN D. THOMAS, TEDRICK D. PERRY, JR., and JACORY R. FORD**, shall forfeit to the United States, pursuant to 18 U.S.C. § 981(a)(1)(C) and 28 U.S.C. § 2461(c), any property, real or personal, which constitutes or is derived from proceeds traceable to the violation.

## SUBSTITUTE ASSETS

If any of the property described above, as a result of any act or omission of the defendants:

a. cannot be located upon the exercise of due diligence;

b. has been transferred or sold to, or deposited with, a third party;

c. has been placed beyond the jurisdiction of the court;

d. has been substantially diminished in value; or

e. has been commingled with other property which cannot be divided without difficulty,

it is the intent of the United States, pursuant to 21 U.S.C. § 853(p), as incorporated by 28 U.S.C. § 2461(c), to seek forfeiture of any other property of the defendants, up to the value of the property described above.

A TRUE BILL

/S/
_____
FOREPERSON

KELLY A. NORRIS
ACTING UNITED STATES ATTORNEY

_____
ANTHONY SPRINGER
ASSISTANT UNITED STATES ATTORNEY

2

